# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Circle the City and Valle del Sol, Inc., d/b/a Valle del Sol Community Health,

Plaintiffs,

vs.

City of Phoenix, a political subdivision of the State of Arizona; Matthew Giordano, in his official capacity as Chief of the Phoenix Police Department; Martin Whitfield, in his official capacity as Parks and Recreation Department Director,

Defendants.

Case No. CV-26-04222-PHX-DJH

*(PROPOSED)* ORDER GRANTING MOTION FOR A PRELIMINARY INJUNCTION

## ORDER

Upon consideration of Circle the City's and Valle del Sol's ("Plaintiffs") Motion for a Preliminary Injunction, the Court FINDS and CONCLUDES that all of the elements established in *Winter v. Natural Resources Defense Council*, 555 U.S. 7 (2008) for the issuance of a preliminary injunction weigh in the Plaintiffs' favor. Accordingly, Plaintiffs' Motion for a Preliminary Injunction is GRANTED. It is herby ORDERED that from the entry of this Order through the pendency of this litigation, Defendants, City of Phoenix, Matthew Giordano in his official capacity as Chief of the Phoenix Police Department, and Martin Whitfield, in his official capacity as Parks and Recreation Department Director, shall not enforce its *Medical Treatment and Food Distribution Ordinance* against Circle the City and Valle del Sol, or any employee, volunteer, or associate of Circle the City and Valle del Sol.

**IT IS SO ORDERED.**
DATED this ____ day of _____, 2026.

_____
Honorable Diane J. Humetewa
United States District Court Judge