Jared G. Keenan (027068)
Anne Ronan (006041)
Nicholas Ansel (038448)
Antonia M. Langowski (041096)
Arizona Center for Law in the Public Interest
352 E. Camelback Road, Suite 200
Phoenix, AZ  85012
(602) 258-8850
(602) 926-0214 (Fax)
jkeenan@aclpi.org
aronan@aclpi.org
nick@aclpi.org
antonia@aclpi.org

William H. Knight (030514)
National Homelessness Law Center
1400 16th Street NW, Suite 425
Washington, D.C. 20036
(202) 638-2535
 whknight@homelesslaw.org

Brenda Muñoz Furnish (027280)
Michelle J. Simpson (020199)
William E. Morris Institute for Justice
3707 N. 7th Street, Suite 101
Phoenix, AZ  85014
(602) 252-3432
bmfurnish@mijaz.org
mjsimpson@mijaz.org

*Attorneys for Plaintiffs Circle the City*
*and Valle del Sol, Inc., d/b/a Valle del Sol Community Health*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Circle the City and Valle del Sol, Inc., d/b/a Valle del Sol Community Health,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Phoenix, a political subdivision of the State of Arizona; Matthew Giordano, in his official capacity as Chief of the Phoenix Police Department; Martin Whitfield, in his official capacity as Parks and Recreation Department Director,<br><br>Defendants. | Case No. 2:26-cv-04222-DJH<br><br>**NOTICE OF COMPLIANCE WITH COURT ORDERS**<br><br>(Assigned to Hon. Diane J. Humetewa) |

Pursuant to this Court's Orders issued on June 18, 2026 and June 23, 2026, respectively, Plaintiffs hereby provide notice of the following:

1. Counsel for Plaintiffs and Counsel for Defendants met and conferred on June 24, 2026.

2. Defendants neither support nor oppose Plaintiffs' Expedited Motion to Transfer, but want an opportunity to respond, which they plan to do today, June 26, 2026.

3. Defendants will not agree to stipulate to the terms of a preliminary injunction, but will consider limited relief, including an agreement not to enforce aspects of the Ordinance at issue in this case, against Plaintiffs while briefing on the preliminary injunction is conducted. On June 25, 2026, counsel for Plaintiffs submitted a proposal for a non-enforcement agreement to Defendants' counsel. If the parties can agree to a proposal, the parties should be able to submit an agreed upon briefing schedule for the preliminary injunction briefing. If not, the parties will likely submit competing briefing schedules with Plaintiffs seeking an expedited schedule.

RESPECTFULLY SUBMITTED this 26th day of June, 2026.

**ARIZONA CENTER FOR LAW IN
THE PUBLIC INTEREST**

*/s/ Jared G. Keenan*
Jared G. Keenan
Anne Ronan
Nicholas Ansel
Antonia M. Langowski
352 E. Camelback Rd., Suite 200
Phoenix, AZ  85012

2

**WILLIAM E. MORRIS INSTITUTE FOR JUSTICE**

Brenda Muñoz Furnish
Michelle. J. Simpson
3707 N. 7th Street, Suite 101
Phoenix, AZ  85014

**NATIONAL HOMELESSNESS LAW CENTER**

William H. Knight
1400 16th Street NW, Suite 425
Washington D.C. 20036

*Attorneys for Plaintiffs Circle the City and Valle del Sol Community Health*

**Certificate of Service**

I certify that on June 26, 2026, I filed this document via the Court's CM/ECF filing system and transmitted the same via electronic mail to:

**PERKINS COIE LLP**
Jean-Jacques Cabou
Margo R. Casselman
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
JCabou@perkinscoie.com
MCasselman@perkinscoie.com
DocketPHX@perkinscoie.com
ilafever@perkinscoie.com

Jonathan P. Hawley
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
JHawley@perkinscoie.com
jstarr@perkinscoie.com

*Attorneys for Defendant City of Phoenix*

Christopher J. Charles
16100 N. 71st Street, Suite 350
Scottsdale, AZ 85254
tim@providentlawyers.com
fileclerk@providentlawyers.com
lisa@providentlawyers.com

Ann-Marie White René
Steven McFarland
Center for Law & Religious Freedom
8001 Braddock Road, Ste 302
Springfield, VA 22151
Arene@clsnet.org
smcfarland@clsnet.org

*Attorneys for Plaintiffs St. Hermans Table and Lance Brace*

/s/ Jared G. Keenan
Jared G. Keenan

4