**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Circle the City, et al., | No. CV-26-04222-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

This matter is before the Court after its review of Plaintiff's Notice of Compliance with Court Orders (Doc. 24) and Judge Lanham's recent denial of Plaintiff's Motion to Transfer (Doc. 27).

**IT IS ORDERED** that no later than **July 6, 2026**, the parties shall meet and confer and file a joint statement outlining their positions on (1) whether they have reached agreement on any terms pending briefing on Plaintiff's Motion for Preliminary Injunction ("Motion for PI") (Doc. 7); (2) a briefing schedule for the Motion for PI; and (3) whether they will agree to consolidate the preliminary injunction briefing with the merits of the case.

Dated this 30th day of June, 2026.

Honorable Diane J. Humetewa
United States District Judge