**PERKINS COIE LLP**
Jean-Jacques Cabou (#022835)
Margo R. Casselman (#034963)
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone: +1.602.351.8000
JCabou@perkinscoie.com
MCasselman@perkinscoie.com
DocketPHX@perkinscoie.com

Jonathan P. Hawley (WA#56297)*
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
JHawley@perkinscoie.com
*Admitted Pro Hac Vice

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Circle the City et al., | No. CV-26-04222-PHX-DJH |
| Plaintiffs, | |
| v. | **PARTIES' JOINT STATEMENT IN COMPLIANCE WITH ORDER OF JUNE 30, 2026 (DKT. 28)** |
| City of Phoenix, a political subdivision of the State of Arizona, et al., | |
| Defendants. | |

In compliance with the Court's order of June 30, 2026 (Dkt. 28), counsel for the parties have had numerous discussions aimed at reaching agreement, wherever possible, on a schedule for the conduct of this matter.  Those discussions are ongoing, but have been cordial and quite successful so far.

The parties respectfully inform the Court that they have not reached agreement on any stipulated terms pending briefing on Plaintiffs' Motion for Preliminary Injunction, but the parties have agreed as follows:

1) **Defendants** shall respond to the Motion for Preliminary Injunction on or before **July 24, 2026;**

2) **Plaintiffs** shall reply in support of their Motion for Preliminary Injunction on or before **July 31, 2026;**

3) The parties are discussing an agreement to engage in a limited, targeted, and as-informal-as-possible round of discovery, the details of which are still being discussed, but on which the parties do not presently anticipate requiring the Court's intervention.  The parties can provide a supplemental statement regarding discovery later this week if the Court finds it to be beneficial for the Court's consideration of the proposed scheduling;

4) The parties' efforts at limited discovery are aimed at avoiding the need for an evidentiary hearing;

5) The parties have agreed to consolidate the hearing on the preliminary injunction with the trial on the merits; and

6) The parties respectfully request that, if the Court's schedule permits, oral argument and trial on the Consolidated Preliminary Injunction be held during **the week of August 10, 2026.**[1]

---

[1] Defense counsel are unavailable due to previously scheduled matters out of town between August 17 and August 30, 2026.  Counsel are conferring about other possible

Dated:  July 6, 2026

**PERKINS COIE LLP**

By: */s/ Jean-Jacques Cabou*
   Jean-Jacques Cabou (#022835)
   Margo R. Casselman (#034963)
   2525 E. Camelback Road, Suite 500
   Phoenix, Arizona 85016-4227
   JCabou@perkinscoie.com
   MCasselman@perkinscoie.com

   Jonathan P. Hawley (WA#56297)*
   1301 Second Avenue, Suite 4200
   Seattle, Washington 98101-3804
   JHawley@perkinscoie.com
   *Admitted Pro Hac Vice

*Attorneys for Defendants*

**ARIZONA CENTER FOR LAW IN THE PUBLIC INTEREST**

*/s/ Jared G. Keenan  (w/ permission)*
Jared G. Keenan
Anne Ronan
Nicholas Ansel
Antonia M. Langowski
352 E. Camelback Rd., Suite 200
Phoenix, AZ  85012

**WILLIAM E. MORRIS INSTITUTE FOR JUSTICE**

Brenda Muñoz Furnish
Michelle. J. Simpson
3707 N. 7th Street, Suite 101
Phoenix, AZ  85014

**NATIONAL HOMELESSNESS LAW CENTER**

William H. Knight
1400 16th Street NW, Suite 425
Washington D.C. 20036

*Attorneys for Plaintiffs Circle the City and Valle del Sol Community Health*

available dates earlier in August (August 3-7, 2026) and will advise the Court promptly of those discussions.

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2026, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing.

*s/ Jessica Porras*