Jared G. Keenan (027068)
Anne Ronan (006041)
Nicholas Ansel (038448)
Antonia M. Langowski (041096)
Arizona Center for Law in the Public Interest
352 E. Camelback Road, Suite 200
Phoenix, AZ  85012
(602) 258-8850
(602) 926-0214 (Fax)
jkeenan@aclpi.org
aronan@aclpi.org
nick@aclpi.org
antonia@aclpi.org

Brenda Muñoz Furnish (027280)
Michelle J. Simpson (020199)
William E. Morris Institute for Justice
3707 N. 7th Street, Suite 101
Phoenix, AZ  85014
(602) 252-3432
bmfurnish@mijaz.org
mjsimpson@mijaz.org

William H. Knight (030514)
National Homelessness Law Center
1400 16th Street NW, Suite 425
Washington, D.C. 20036
(202) 638-2535
 whknight@homelesslaw.org

*Attorneys for Plaintiffs Circle the City
and Valle del Sol, Inc., d/b/a Valle del Sol Community Health*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Circle the City and Valle del Sol, Inc., d/b/a Valle del Sol Community Health, <br><br> Plaintiffs, <br><br> vs. <br><br> City of Phoenix, a political subdivision of the State of Arizona; Matthew Giordano, in his official capacity as Chief of the Phoenix Police Department; Martin Whitfield, in his official capacity as Parks and Recreation Department Director, <br><br> Defendants. | Case No. 2:26-cv-04222-DJH <br><br> **1) JOINT MOTION TO DISMISS COUNT III OF PLAINTIFFS' COMPLAINT FOR DECLARATORY AND INJUCTIVE RELIEF; AND** <br> **2) JOINT MOTION FOR PLAINTIFFS' TO FILE FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUCTIVE RELIEF; AND** <br> **3) JOINT MOTION FOR PLAINTIFFS' TO FILE AN** |

**AMENDED MOTION FOR PRELIMINARY INJUNCTION**
**4) JOINT MOTION TO AMEND SCHEDULING ORDER**

(Assigned to Hon. Diane J. Humetewa)

Plaintiffs Circle the City and Valle del Sol, Inc. ("Plaintiffs"), and Defendants City of Phoenix, Matthew Giordano, Chief of the Phoenix Police Department, and Martin Whitfield, Director of the City of Phoenix Parks and Recreation Department ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to jointly file as follows:

1) Joint Motion to Dismiss Plaintiffs Count III of the Complaint for Declaratory and Injunctive Relief;

2) Joint Motion for Plaintiffs to file Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief;

3) Joint Motion for Plaintiffs to file Plaintiffs' Amended Motion for Preliminary Injunction; and

4) Joint Motion to Amend the Scheduling Order for Plaintiffs' Amended Motion for Preliminary Injunction

**PROCEDURAL HISTORY**

On June 15, 2026, Plaintiffs commenced this action by filing their Complaint for Declaratory and Injunctive Relief (the "Original Complaint") challenging the constitutionality and legality of the City of Phoenix's recently-enacted Medical Treatment and Food Distribution in Parks Ordinance (the "Ordinance"). *See* PHX., ARIZ., CODE § 24-45. The Original Complaint asserted three counts: (I) that the Ordinance violates Plaintiffs' First Amendment rights by imposing a content-based regulation of free speech; (II) that the Ordinance violates Plaintiffs' First Amendment rights by creating an unconstitutional prior restraint through a standardless permitting scheme; and (III) the Ordinance's prohibition on needle exchange is preempted by Arizona state law under

A.R.S. § 36-798.51, which expressly authorizes nongovernmental organizations to establish and operate certain needle exchange programs.

On July 9, 2026, this Court entered a Scheduling Order (Doc. 30) directing that Defendants respond to Plaintiffs' Motion for Preliminary Injunction (Doc. 7) on or before July 24, 2026; that Plaintiffs file a Reply no later than July 31, 2026; and setting a Preliminary Injunction Hearing for August 12, 2026 (the "Scheduling Order").

**PARTY STIPULATIONS**

The Parties hereby agree to the following:

1.     Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, and Rule 15.1(b) of the Local Rules of Civil Procedure for the District of Arizona, Defendants consent to Plaintiffs' filing of the First Amended Complaint for Declaratory and Injunctive Relief for purposes of dismissing Plaintiffs' third claim for relief.

2.     Defendants agree that Plaintiffs may file an Amended Motion for Preliminary Injunction removing their legal arguments related to Plaintiffs' third claim for relief.

3.     The Parties agree that with respect to Count III of Plaintiffs' Original Complaint, each party will bear its own fees and costs.

4.     The Parties agree that the Scheduling Order will be amended such that Defendants will respond to Plaintiffs' Amended Motion for Preliminary Injunction on or before July 29, 2026; that Plaintiffs will file a Reply no later than August 5, 2026; and the Preliminary Injunction Hearing will proceed as scheduled on August 12, 2026.

RESPECTFULLY SUBMITTED this 23rd day of July, 2026.

**ARIZONA CENTER FOR LAW IN THE PUBLIC INTEREST**

*/s/ Jared G. Keenan*
Jared G. Keenan
Anne Ronan
Nicholas Ansel
Antonia M. Langowski
352 E. Camelback Rd., Suite 200
Phoenix, AZ  85012

**WILLIAM E. MORRIS INSTITUTE FOR JUSTICE**

Brenda Muñoz Furnish
Michelle. J. Simpson
3707 N. 7th Street, Suite 101
Phoenix, AZ  85014

**NATIONAL HOMELESSNESS LAW CENTER**

William H. Knight
1400 16th Street NW, Suite 425
Washington D.C. 20036

*Attorneys for Plaintiffs Circle the City and Valle del Sol Community Health*

Dated:  July 23, 2026 **ASHURST PERKINS COIE US LLP**

By: */s/ Jean-Jacques Cabou (w/ permission)*
Jean-Jacques Cabou (#022835)
Margo R. Casselman (#034963)
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
J.Cabou@ashurstperkins.com
Margo.Casselman@ashurstperkins.com

Jonathan P. Hawley (WA#56297)*
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Jonathan.Hawley@ashurstperkins.com
*Admitted Pro Hac Vice

*Attorneys for Defendants*