**ASHURST PERKINS COIE US LLP**
Jean-Jacques Cabou (#022835)
Margo R. Casselman (#034963)
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone: 602.351.8000
J.Cabou@ashurstperkins.com
Margo.Casselman@ashurstperkins.com
DocketPHX@perkinscoie.com

Jonathan Hawley (WA#56297)*
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Telephone: 206.359.8000
Jonathan.Hawley@ashurstperkins.com
*Admitted Pro Hac Vice

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Circle the City et al.,<br><br>Plaintiffs,<br><br>v.<br><br>City of Phoenix, a political subdivision of the State of Arizona, et al.,<br><br>Defendants. | No. CV-26-04222-PHX-DJH<br><br>**PARTIES' JOINT MOTION FOR CLARIFICATION OF ORDER OF AUGUST 11, 2026 (DKT. 45)** |

Following the Court's order of August 11, 2026 (Dkt. 45), counsel for the parties have met and conferred regarding the next steps for resolution of this action. Based on that discussion, the parties together respectfully seek this Court's guidance.

At the outset of this case, and in response to the Court's inquiry, the parties jointly proposed a schedule for this action in which all parties agreed to brief Plaintiffs' Motion for a Preliminary Injunction on an expedited basis and to consolidate resolution of that motion with a trial on the merits. *See* Dkts. 28, 29. The parties further agreed that Defendants would not separately respond to the Complaint, given the agreed-upon schedule and the total overlap between the issues raised in the Complaint and preliminary-injunction motion. Plaintiffs subsequently filed an Amended Motion for Preliminary Injunction, to which Defendants responded and Plaintiffs filed a Reply for the Court's consideration under the same agreement between the parties to resolve the preliminary injunction and the merits of the case at the scheduled August 12, 2026 hearing.

On August 11, 2026, the Court issued its Order denying Plaintiffs' Amended Motion for Preliminary Injunction (the "Order"). Dkt. 45. The Order did not explicitly address the course, if any, of further proceedings before this Court.

The parties have discussed two options by which this case might proceed, in addition, of course, to any alternative path the Court might elect. But to aid all parties and the Court in the efficient further conduct of this action, the parties have discussed the following:

**Option 1**: The parties having previously agreed to consolidate the resolution of the merits with resolution of the preliminary injunction after a hearing; if the Court intended the Order to also resolve the merits of the action, the Court could enter final judgment in favor of Defendants in conformity with the Order. From any final judgment, Plaintiffs would appeal under 28 U.S.C. § 1291.

**Option 2**: If the Court intended the Order to dispose only of the Amended Motion

for Preliminary Injunction, the parties respectfully request that the Court set a date by which Defendants would move to dismiss the amended complaint. Under this Option, Plaintiffs presently anticipate appealing pursuant to 28 U.S.C. § 1292(a)(1). And Defendants presently anticipate filing a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) raising arguments similar to those raised in their opposition to the Amended Motion for Preliminary Injunction. *See* Dkt. 40 n.1. Given that Plaintiffs will appeal the denial of the preliminary injunction, the parties would respectfully suggest this Court stay proceedings until resolution of that appeal. The parties anticipate jointly filing a motion requesting a stay.

Importantly, unless the Court enters a new appealable order, Plaintiffs' deadline to file a notice of appeal of the August 11, 2026 Order is September 10, 2026. Of course, the parties would be pleased to follow any alternative course that the Court would prefer, including setting a status conference at which to discuss these issues.

Dated: August 24, 2026

**ASHURST PERKINS COIE US LLP**

By: /s/ Margo R. Casselman
Jean-Jacques Cabou (#022835)
Margo R. Casselman (#034963)
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
J.Cabou@ashurstperkins.com
Margo.Casselman@ashurstperkins.com

Jonathan P. Hawley (WA#56297)*
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Jonathan.Hawley@ashurstperkins.com
*Admitted Pro Hac Vice

*Attorneys for Defendants*

**ARIZONA CENTER FOR LAW IN THE PUBLIC INTEREST**

/s/ Anne Ronan (w/ permission)
Jared G. Keenan
Anne Ronan
Nicholas Ansel
Antonia M. Langowski
352 E. Camelback Rd., Suite 200
Phoenix, AZ 85012

**WILLIAM E. MORRIS INSTITUTE FOR JUSTICE**

Brenda Muñoz Furnish
Michelle. J. Simpson
3707 N. 7th Street, Suite 101
Phoenix, AZ 85014

**NATIONAL HOMELESSNESS LAW CENTER**

William H. Knight
1400 16th Street NW, Suite 425
Washington D.C. 20036

*Attorneys for Plaintiffs Circle the City and Valle del Sol Community Health*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2026, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing.

*s/ Indy LaFever*