**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Circle the City, et al.,

Plaintiffs,

v.

City of Phoenix, et al.,

Defendants.

No. CV-26-04222-PHX-DJH

**ORDER**

Before the Court is the Parties' Joint Motion for Clarification of Order of August 11, 2026 (Doc. 46). For purposes of appeal, the parties seek clarification as to whether the Court's August 11, 2026 Order was a resolution of the matter on its merits or a resolution of Plaintiff's Amended Motion for Preliminary Injunction. Though the parties state that they had "previously agreed to consolidate the resolution of the merits with resolution of the preliminary injunction after a hearing," they do not point to anywhere in the docket where this agreement was conveyed to the Court. (*Id*. at 2). It seems that if the parties intended for the case to be presented in its entirety on the merits in the Amended Motion for Preliminary Injunction, in which case a final judgment would issue, they shall submit a joint notice with the Court stating as much.

Accordingly,

**IT IS ORDERED granting** the Joint Motion (Doc. 46) as stated herein. Within three (3) days of this Order, the parties shall notify the Court as to whether they intended to consolidate the resolution of the merits of this case with the resolution of Plaintiffs'

Amended Motion for Preliminary Injunction.

Dated this 31st day of August, 2026.

Honorable Diane J. Humetewa
United States District Judge