Jared G. Keenan (027068)
Anne Ronan (006041)
Nicholas Ansel (038448)
Antonia M. Langowski (041096)
Arizona Center for Law in the Public Interest
352 E. Camelback Road, Suite 200
Phoenix, AZ 85012
(602) 258-8850
(602) 926-0214 (Fax)
jkeenan@aclpi.org
aronan@aclpi.org
nick@aclpi.org
antonia@aclpi.org

William H. Knight (030514)
National Homelessness Law Center
1400 16th Street NW, Suite 425
Washington, D.C. 20036
(202) 638-2535
whknight@homelesslaw.org

Brenda Muñoz Furnish (027280)
Michelle J. Simpson (020199)
William E. Morris Institute for Justice
3707 N. 7th Street, Suite 101
Phoenix, AZ 85014
(602) 252-3432
bmfurnish@mijaz.org
mjsimpson@mijaz.org

*Attorneys for Plaintiffs Circle the City and Valle del Sol, Inc., d/b/a Valle del Sol Community Health*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Circle the City et al.,

Plaintiffs,

vs.

City of Phoenix, a political subdivision of the State of Arizona et al.,

Defendants.

Case No. 2:26-cv-04222-DJH

**PARTIES' JOINT STATEMENT IN COMPLIANCE WITH ORDER OF AUGUST 31, 2026 (DOC. 47)**

In compliance with this Court's order of August 31, 2026, counsel for the parties met and conferred and hereby provide their respective positions regarding whether they intended to consolidate the resolution of the merits of this case with the resolution of Plaintiffs' Amended Motion for Preliminary Injunction.

For context, on June 30, 2026, this Court issued an order (Doc. 28) asking the parties "whether they will agree to consolidate the preliminary injunction briefing with the merits of the case."

On July 6, 2026, the parties submitted a Joint Statement (Doc. 29) complying with that order and informed this Court that "[t]he parties have agreed to consolidate the hearing on the preliminary injunction with the trial on the merits."

On July 9, 2026, this Court issued a Scheduling Order (Doc. 30) that set a Preliminary Injunction Hearing for August 12, 2026.

On August 11, 2026, this Court issued an Order (Doc. 45) denying the Plaintiffs' Amended Motion for Preliminary Injunction and vacating the Preliminary Injunction Hearing set for August 12, 2026.

**Plaintiffs' Position:** After this Court invited the parties to consolidate preliminary injunction briefing with the merits, Plaintiffs agreed to consolidate those two stages of the case in a single hearing, in lieu of a preliminary injunction hearing now and a trial later, and Plaintiffs were willing to engage in only limited discovery to promote judicial economy in this manner. Because no Preliminary Injunction Hearing was held and because this Court's August, 11, 2026 Order denying Plaintiffs' Amended Motion for Preliminary Injunction did not include a final ruling on the merits, Plaintiffs

do not intend to consolidate the resolution of the merits of this case with the resolution of Plaintiffs' Amended Motion for Preliminary Injunction.

**Defendants' Position:** As described above and in the documents cited above, the parties previously "agreed to consolidate the hearing on the preliminary injunction with the trial on the merits." Doc. 29 at 1. And "[t]he parties further agreed that Defendants would not separately respond to the Complaint, given the agreed-upon schedule and the total overlap between the issues raised in the Complaint and preliminary-injunction motion." Doc. 46 at 2; *see also Defendants' Response to Amended Motion for Preliminary Injunction*, Doc. 40 at 3 n.1 ("The parties have further agreed that a separate Motion to Dismiss under Federal Rule of Civil Procedure 12 is not necessary. That said, Plaintiffs' claims are subject to dismissal under Rule 12(b)(6) for the reasons described below.").

The parties already agreed on, and reiterated their agreement on, consolidation; all that remains is for final judgment of dismissal to be entered in conformity with the Court's Order Denying Preliminary Injunction (Doc.45).

RESPECTFULLY SUBMITTED this 3rd day of September, 2026.

**ARIZONA CENTER FOR LAW IN THE PUBLIC INTEREST**

*/s/ Jared G. Keenan*
Jared G. Keenan
Anne Ronan
Nicholas Ansel
Antonia M. Langowski
352 E. Camelback Rd., Suite 200
Phoenix, AZ 85012

**WILLIAM E. MORRIS INSTITUTE FOR JUSTICE**

Brenda Muñoz Furnish
Michelle. J. Simpson
3707 N. 7th Street, Suite 101
Phoenix, AZ 85014

**NATIONAL HOMELESSNESS LAW CENTER**

William H. Knight
1400 16th Street NW, Suite 425
Washington D.C. 20036

*Attorneys for Plaintiffs Circle the City and Valle del Sol Community Health*

**PERKINS COIE LLP**

By: */s/ Jean-Jacques Cabou (w/ permission)*
Jean-Jacques Cabou (#022835)
Margo R. Casselman (#034963)
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
JCabou@perkinscoie.com
MCasselman@perkinscoie.com

Jonathan P. Hawley (WA#56297)*
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
JHawley@perkinscoie.com
*Admitted Pro Hac Vice

*Attorneys for Defendants*