**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Circle the City, et al.,

Plaintiffs,

v.

City of Phoenix, et al.,

Defendants.

No. CV-26-04222-PHX-DJH

**ORDER**

The parties in this case have asked the Court to clarify whether it's August 11, 2026, denying Plaintiffs' Amended Motion for Preliminary Injunction (Doc. 45) intended to resolve the merits of the action such that a final judgment should issue. (Doc. 46). The Court sought clarification from the parties on whether they had agreed to consolidate the merits of the case with Plaintiff's Motion for Preliminary Injunction. (Doc. 47). They have now done so. (Doc. 48).

On July 6, 2026, the parties submitted a Joint Statement (Doc. 29) to the Court that stated they had agreed to consolidate the hearing on the preliminary injunction with the trial on the merits. (Doc. 48). A hearing was set for August 12, 2026. (Doc. 30). On August 11, 2026, the Court issued an Order vacating the hearing and denying Plaintiff's Amended Motion for Preliminary Injunction. (Doc. 45).

Plaintiff says it agreed to consolidate the preliminary injunction briefing with the merits to promote judicial economy, but because the hearing was ultimately vacated and the Order "did not include a final ruling on the merits, Plaintiffs [now] <u>do not</u> intend to

consolidate the resolution of the merits of this case with the resolution of Plaintiff's Amended Motion for Preliminary Injunction." (Doc. 48 at 1–2).

Defendants say the parties previously "agreed to consolidate the hearing on the preliminary injunction with the trial on the merits." (Doc. 29 at 1). Defendants point out that "[t]he parties [had] further agreed that Defendants would not separately respond to the Complaint, given the agreed-upon schedule and the total overlap between the issues raised in the Complaint and preliminary-injunction motion." (Doc. 48 at 3 citing Doc. 46 at 2).

Upon review of the record and its August 11 Order, the Court clarifies that it intended to resolve the matter on its merits and will direct that a final judgment be entered. To the extent Plaintiff is now requesting a trial on the merits, that request is denied for the reasons stated in the Court's Order on Preliminary Injunction. This matter has been fully briefed, and Plaintiff does not identify any further relevant information that could be offered that was not already in the parties' briefing.

Accordingly,

**IT IS ORDERED** directing the Clerk to enter judgment for Defendants in accordance with the Court's August 11, 2026, Order and otherwise close this matter.

Dated this 8th day of September, 2026.

Honorable Diane J. Humetewa
United States District Judge