Jared G. Keenan (027068)
Anne Ronan (006041)
Nicholas Ansel (038448)
Antonia M. Langowski (041096)
Arizona Center for Law
in the Public Interest
352 E. Camelback Road, Suite 200
Phoenix, AZ 85012
(602) 258-8850
(602) 926-0214 (Fax)
jkeenan@aclpi.org
aronan@aclpi.org
nick@aclpi.org
antonia@aclpi.org

William H. Knight (030514)
National Homelessness Law Center
1400 16th Street NW, Suite 425
Washington, D.C. 20036
(202) 638-2535
whknight@homelesslaw.org

Brenda Muñoz Furnish (027280)
Michelle J. Simpson (020199)
William E. Morris Institute for Justice
3707 N. 7th Street, Suite 101
Phoenix, AZ 85014
(602) 252-3432
bmfurnish@mijaz.org
mjsimpson@mijaz.org

*Attorneys for Plaintiffs Circle the City and Valle del Sol, Inc., d/b/a Valle del Sol Community Health*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Circle the City and Valle del Sol, Inc., d/b/a Valle del Sol Community Health,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Phoenix, a political subdivision of the State of Arizona; Matthew Giordano, in his official capacity as Chief of the Phoenix Police Department; Martin Whitfield, in his official capacity as Parks and Recreation Department Director,<br><br>Defendants. | Case No. 2:26-cv-04222-DJH<br><br>**NOTICE OF APPEAL**<br><br>(Assigned to Hon. Diane J. Humetewa) |

NOTICE IS HEREBY GIVEN that Plaintiffs Circle the City and Valle del Sol, Inc., d/b/a Valle del Sol Community Health hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's final judgment (Dkt. 49), issued on September 8, 2026, entered on September 9, 2026, and making final, the Court's Order Denying Plaintiffs' Amended Motion for Preliminary Injunction and Vacating the Preliminary Injunction Hearing (Dkt. 45).

DATED this 7th day of October, 2026.

**ARIZONA CENTER FOR LAW IN THE PUBLIC INTEREST**

*/s/ Jared G. Keenan*
Jared G. Keenan
Anne Ronan
Nicholas Ansel
Antonia M. Langowski
352 E. Camelback Rd., Suite 200
Phoenix, AZ 85012

**WILLIAM E. MORRIS INSTITUTE FOR JUSTICE**

Brenda Muñoz Furnish
Michelle. J. Simpson
3707 N. 7th Street, Suite 101
Phoenix, AZ 85014

**NATIONAL HOMELESSNESS LAW CENTER**

William H. Knight
1400 16th Street NW, Suite 425
Washington D.C. 20036

*Attorneys for Plaintiffs Circle the City and Valle del Sol Community Health*

**Certificate of Service**

I certify that on October 7, 2026, I filed this document via the Court's CM/ECF filing system and transmitted the same via electronic mail to:

**ASHURST PERKINS COIE LLP**
Jean-Jacques Cabou
Margo R. Casselman
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
JCabou@perkinscoie.com
MCasselman@perkinscoie.com
DocketPHX@perkinscoie.com
ilafever@perkinscoie.com

Jonathan P. Hawley
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
JHawley@perkinscoie.com
jstarr@perkinscoie.com

*Attorneys for Defendant City of Phoenix*

*/s/ Jared G. Keenan*
Jared G. Keenan